IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


DONALD L. WHITE,                                    3:12-CV-1365-BR

         Plaintiff,                                ORDER

v.

BMW OF SEATTLE dba
LITHIA OF SEATTLE,

         Defendant.


BROWN, Judge.

     The Court acknowledges receipt of Plaintiff Donald L.

White's Complaint.  The Court notes Plaintiff and Defendant BMW

of Seattle dba Lithia of Seattle both appear to be residents of

Seattle, Washington, and the Complaint does not reflect Defendant

has any relationship with the District of Oregon.

     Under 28 U.S.C. § 1931(b),

          "[a] civil action may be brought in-
               (1) a judicial district in which any defendant

1  -  OPINION AND ORDER

resides, if all defendants are residents of
the State in which the district is located.

Thus, if this matter is to proceed in a United States District
Court, the Western District of Washington appears to be the
proper venue.

Plaintiff may show cause in writing **no later than August 17,
2012,** as to why this matter should not be prosecuted in the
Western District of Washington rather than in the District
of Oregon.  If Plaintiff does not show cause in writing by
August 17, 2012, or if the Court finds any stated cause is not
sufficient to establish the proper venue is the District of
Oregon, the Court will direct the Clerk of Court to transfer this
action to the Western District of Washington.

IT IS SO ORDERED.

DATED this 31st day of July, 2012.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge


2 - OPINION AND ORDER